NO. 07-08-0323-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 19, 2008

_____

WAYNE MARC JACKSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 242nd DISTRICT COURT OF HALE COUNTY;

NO. B16050-0505; HON. EDWARD L. SELF, PRESIDING

_____

**_ON MOTION TO DISMISS_**
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant Wayne Marc Jackson, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice

Do not publish.